

FILED

JAN 25 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  JOHN K. VINCENT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-MJ-274-DAD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE PRELIMINARY HEARING AND TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER  DAD |
| KINDE DURKEE | ) | |
| Defendant. | ) | |

The parties stipulate that the preliminary hearing in the above-captioned matter shall be continued from January 26, 2012 at 2:00 pm to February 28, 2012 at 2:00 pm. The parties further stipulate that the time between January 26, 2012 and February 28, 2012 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the arrest in this case occurred at a time before the investigation was completed, and that the case is complex given the number of clients of Ms. Durkee and bank accounts involved.  The investigation has continued, a significant amount of materials have been acquired, and the government needs additional time to review, analyze, and

1

1  synthesize those materials.  Federal Rule of Criminal Procedure
2  5.1(d) and 18 U.S.C. § 3161(h)(7)(B)(iii).
3      The parties further stipulate and agree that there is good
4  cause for this extension, and that the ends of justice served by
5  taking this action outweigh the best interests of the public and
6  the defendant in a speedy trial.  Federal Rule of Criminal
7  Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(A).

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATE: January 23, 2012        By:   /s/ John K. Vincent
                                    JOHN K. VINCENT
                                    Assistant U.S. Attorney


DATE: January 23, 2012        By:   /s/ Daniel Nixon
                                    DANIEL NIXON
                                    Attorney for Defendant


DATE: January 23, 2012        By:   /s/ Kinde Durkee
                                    KINDE DURKEE
                                    Defendant

                              O R D E R

   For the reasons set forth above, AND GOOD CAUSE APPEARING
THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in
the above-captioned matter shall, pursuant to Federal Rule of
Criminal Procedure 5.1(d), be continued from January 26, 2012 at
2:00 pm to February 28, 2012 at 2:00 pm, before Magistrate Judge
Carolyn K. Delaney.
   IT IS ALSO ORDERED that the time between January 26, 2012
and February 28, 2012 shall be excluded from the calculation of

Case 2:12-cr-00123-KJM   Document 9   Filed 01/25/12   Page 3 of 3

1 | time under the Speedy Trial Act in the above-captioned action.
2 | The Court finds that the ends of justice served by taking this
3 | action outweigh the best interests of the public and the
4 | defendant in a speedy trial.   18 U.S.C. § 3161(h)(7)(A).
5 | DATE: January 25, 2012

*Dale A. Drozd*

HON. DALE A. DROZD
U.S. Magistrate Judge

3