1  BENJAMIN B. WAGNER
   United States Attorney
2  JOHN K. VINCENT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,     )     CASE NO. 2:11-MJ-274-DAD
                                  )
11                  Plaintiff,    )
                                  )     STIPULATION TO CONTINUE
12       v.                       )     PRELIMINARY HEARING AND TO
                                  )     EXCLUDE TIME AND ORDER
13  KINDE DURKEE                  )
                                  )
14                  Defendant.    )
    _____)
15

16

17       The parties stipulate that the preliminary hearing in the

18  above-captioned matter shall be continued from March 16, 2012 at

19  2:00 pm to March 30, 2012 at 2:00 pm.  The parties further

20  stipulate that the time between March 16, 2012 and March 30, 2012

21  should be excluded from the calculation of time under the Speedy

22  Trial Act.  The parties stipulate that the arrest in this case

23  occurred at a time before the investigation was completed, and

24  that the case is complex given the number of clients of Ms.

25  Durkee and bank accounts involved.  The investigation has

26  continued, and the government needs additional time to review,

27  analyze, and synthesize materials that it has obtained during the

28  course of this investigation.  Federal Rule of Criminal Procedure

1

1    5.1(d) and 18 U.S.C. § 3161(h)(7)(B)(iii).

2        The parties further stipulate and agree that there is good

3    cause for this extension, and that the ends of justice served by

4    taking this action outweigh the best interests of the public and

5    the defendant in a speedy trial.  Federal Rule of Criminal

6    Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(A).

7                                  Respectfully Submitted,

8                                  BENJAMIN B. WAGNER
                                   United States Attorney
9

10   DATE: March 10, 2012        By:  /s/ John K. Vincent
11                                    JOHN K. VINCENT
                                      Assistant U.S. Attorney
12

13   DATE: March 13, 2012        By:  /s/ Daniel Nixon
14                                    DANIEL NIXON
15                                    Attorney for Defendant

16   DATE: March 13, 2012        By:  /s/ Kinde Durkee
17                                    KINDE DURKEE
18                                    Defendant

19                             O R D E R

20       For the reasons set forth above, AND GOOD CAUSE APPEARING

21   THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in

22   the above-captioned matter shall, pursuant to Federal Rule of

23   Criminal Procedure 5.1(d), be continued from March 16, 2012 at

24   2:00 pm to March 30, 2012 at 2:00 pm., before Magistrate Judge

25   Dale A. Drozd.

26       IT IS ALSO ORDERED that the time between March 16, 2012 and

27   March 30, 2012 shall be excluded from the calculation of time

28   under the Speedy Trial Act in the above-captioned action.  The

1  Court finds that the ends of justice served by taking this action

2  outweigh the best interests of the public and the defendant in a

3  speedy trial.   18 U.S.C. § 3161(h)(7)(A).

4  DATED: March 14, 2012.

5

6  _____
   DALE A. DROZD

7  UNITED STATES MAGISTRATE JUDGE

8  dad1.crim
   durkee0274.stipo.cont.PE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28