BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
PHILIP A. FERRARI
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

FILED

MAR 27 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )   CASE NO. 2:12-CR-123 KJM
                           )
              Plaintiff,   )
                           )   VIOLATIONS: 18 U.S.C. § 1341 -
     v.                    )   Mail Fraud (5 counts)
                           )
KINDE DURKEE,              )
                           )
              Defendant.   )
_____)

I N F O R M A T I O N

COUNTS ONE THROUGH FIVE: [18 U.S.C. § 1341 - Mail Fraud]

  The United States Attorney charges:

                       KINDE DURKEE,

defendant herein, as follows:

                     I. Introduction

     1.   The State of California Fair Political Practices Commission (FPPC) was formed by the Political Reform Act of 1974.  At all relevant times, the FPPC regulated campaign financing and spending in state political races, developed forms which certain candidates and officeholders in the State of California were required to file,

1

1 | prepared manuals and instructions, and investigated alleged
2 | violations of the Political Reform Act.
3 |     2.    The Federal Election Commission (FEC) was formed by
4 | Congress in 1975. At all relevant times, the FEC was an independent
5 | regulatory agency. Its duties included to disclose publicly finance
6 | information for federal officeholders and candidates, and to enforce
7 | the provisions of the law such as the limits and prohibitions on
8 | contributions.
9 |     3.    KINDE DURKEE registered Durkee & Associates as a DBA with
10 | the California Secretary of State on April 19, 2000.
11 |     4.    KINDE DURKEE registered Durkee & Associates as a domestic
12 | limited liability corporation (LLC) with the California Secretary of
13 | State on September 22, 2003. KINDE DURKEE was listed in that filing
14 | as a "Member/Manager/Partner" of Durkee & Associates.
15 |     5.    At all relevant times, Durkee & Associates and KINDE DURKEE
16 | specialized in providing accounting and campaign reporting services
17 | to political committees for state or federal offices, including
18 | political candidate campaign committees and non-profit organizations.
19 | These services included:
20 |     - maintaining financial records of, and for, the committees
21 | or organizations;
22 |     - keeping track of the contributions to, and expenditures
23 | by, the committees or organizations; and
24 |     - filing necessary FPPC forms with the California Secretary
25 | of State in Sacramento, or the necessary forms with the (FEC), which
26 | reported, among other things, contributions, contributors,
27 | expenditures, and the overall financial condition of the candidate
28 | campaign committees or the organizations for whom a filing was

2

1  required.

2  6.  At all relevant times, KINDE DURKEE frequently served as
3  the committee treasurer for the committees for which services were
4  provided.  As such, she signed the campaign disclosure forms for
5  state officials and organizations which were submitted to the
6  California Secretary of State in Sacramento as required by state law.
7  KINDE DURKEE prepared and submitted, and caused the preparation and
8  submission of, campaign disclosure forms for federal officials to the
9  FEC.

10  7.  At all relevant times, KINDE DURKEE often acted as the
11  custodian of records for the financial records of those clients who
12  held federal office.  As such, she maintained records for all
13  contribution to the campaign committee, as well as the committee's
14  disbursements.

15  8.  At all relevant times, KINDE DURKEE and Durkee & Associates
16  maintained bank accounts for their clients.  These accounts included
17  ones into which campaign contributions were deposited and from which
18  client expenditures were made.  KINDE DURKEE, either alone or with
19  another employee of Durkee & Associates, was a signatory on the bank
20  accounts.  Over the years, KINDE DURKEE has had signature authority
21  on approximately 700 bank accounts, including those for political
22  campaigns.

23  9.  At all relevant times, KINDE DURKEE was paid for the
24  services rendered.  KINDE DURKEE was required to specify how much she
25  was paid in filings made to the California Secretary of State or the
26  FEC.

27  10.  At all relevant times, Durkee & Associates had employees
28  that assisted in providing the accounting and campaign reporting

3

1 | services.
2 |     11.   At all relevant times, KINDE DURKEE operated Durkee &
3 | Associates and exercised control over the activities of its
4 | employees.

## II. The Scheme to Defraud

    12.   From in or about January 2000 to in or about September 2011, in the State and Eastern District of California and elsewhere, KINDE DURKEE did devise and intend to devise and participate in a material scheme and artifice to defraud clients of Durkee & Associates, and to obtain money from them by means of materially false and fraudulent pretenses, representations, and promises.

## III. Manner and Means

To further the scheme and artifice to defraud, defendant KINDE DURKEE did the following over the years:

    13.   KINDE DURKEE routinely misappropriated client funds by moving without authorization substantial sums of money out of client accounts, including political campaign accounts, into Durkee & Associates' or into other clients' accounts.

    14.   KINDE DURKEE submitted and caused to be submitted false information to the California Secretary of State and the FEC in that she did not report these money transfers in and out of accounts on the reports that she submitted or caused to be submitted to the California Secretary of State in Sacramento or the FEC on behalf of her clients. As a result, many of her clients believed that their campaign accounts had more money in there than they actually held.

    15.   KINDE DURKEE used the money transferred from client accounts:

- to pay her personal expenses, including mortgage payments

4

and American Express charges;

- to pay business expenses, including payroll; and

- to repay unauthorized withdrawals from other client accounts.

A. Jerome Horton

16. At all relevant times, KINDE DURKEE was the treasurer of the campaign committee for California State Board of Equalization Member Jerome Horton.

17. Between December 2006 and April 2008, KINDE DURKEE paid without authorization over $200,000 from the Horton campaign's bank account to Durkee & Associates. Almost none of these payments were accurately reported on the Horton campaign disclosure forms that KINDE DURKEE filed and caused to be filed with the California Secretary of State.

18. Between approximately September 2007 and March 2010, KINDE DURKEE repaid approximately $90,000 to the Horton campaign bank account. None of these repayments were accurately reported on the Horton campaign disclosure forms that KINDE DURKEE filed and caused to be filed with the California Secretary of State.

19. In approximately June 2010, when KINDE DURKEE was aware that she was under investigation by the FPPC in connection with the Horton campaign filings, she repaid at least some of the money that she had misappropriated from the Horton account by misappropriating money from three different federal campaign accounts: approximately $25,000 from Feinstein for Senate; $30,000 from the Committee to Re-elect Loretta Sanchez; and $15,000 from the Committee to Re-elect Linda Sanchez.

20. None of the foregoing transfers from federal campaigns was

5

1  reported by KINDE DURKEE in the federal disclosure forms that she
2  filed and caused to be filed with the FEC on behalf of those clients.
3  In addition, KINDE DURKEE did not accurately report the repayment of
4  money in Jerome Horton's disclosure form that she filed and caused to
5  be filed with the California Secretary of State.

6      B.    <u>Feinstein for Senate</u>

7      21.  At all relevant times, Dianne Feinstein was a United States
8  Senator for the State of California.

9      22.  At all relevant times, KINDE DURKEE was the custodian of
10 records for the financial records of Senator Dianne Feinstein's
11 campaign committee.  As such, she maintained records for all
12 contributions to the campaign committee, as well as the committee's
13 disbursements.

14     23.  At all relevant times, KINDE DURKEE and Durkee & Associates
15 maintained bank accounts for Senator Dianne Feinstein's campaign
16 committee.  These accounts included ones into which campaign
17 contributions were deposited and from which client expenditures were
18 made.

19     24.  At all relevant times, KINDE DURKEE filed and caused the
20 filing of the necessary disclosure forms for Senator Dianne
21 Feinstein's campaign committee with the FEC.

22         1.    <u>The Misappropriation of $18,000</u>

23     25.  On approximately March 2, 2010, KINDE DURKEE caused,
24 without authorization, the deposit of three checks, each for $6,000
25 on the account of Dianne Feinstein for Senate, to be deposited into a
26 Durkee & Associates' bank account.

27     26.  The $18,000 deposit covered other personal and business
28 expenses of KINDE DURKEE.  The deposit covered a mortgage payment of

$2,596.39 for KINDE DURKEE's residence in Long Beach, CA; a payment of $3,168.11 to Sprint; and a $10,000 payment for "payroll," which covered payments to, among other things, Durkee & Associates' employees and a 401k plan.

### 2. The Misappropriation of $40,000

27. On approximately May 6, 2010, KINDE DURKEE caused, without authorization, the deposit of two checks, each for $20,000 on the account of Dianne Feinstein for Senate, to be deposited into a Durkee & Associates' bank account.

28. The deposit eventually covered a mortgage payment of $3,400 for KINDE DURKEE's condominium in Long Beach, CA; a payment of $6,633 to Anthem Blue Cross; a payment of $1,038 to Kaiser Permanente; a payment of $1,613 to a self-storage company; payments to two employees of Durkee & Associates; and a $12,000 payment for "payroll," which covered, among other things, payments for bank fees and payments to several employees of Durkee & Associates.

### 3. The Misappropriation of $23,000

29. On approximately July 7, 2010, KINDE DURKEE caused, without authorization, the deposit of two checks, one for $8,000 and the other for $15,000, each on the account of Dianne Feinstein for Senate, to be deposited into a Durkee & Associates' bank account.

30. The deposit eventually helped to pay a $30,000 bill to American Express on approximately July 7, 2010. The bill included charges to a variety of entities, including the Los Angeles Dodgers; Union 76; Amazon.com.; Turners Outdoorsman; Harbor Freight Tools; Disneyland; and Trader Joe's.

### 4. The Misappropriation of $75,000

31. On approximately July 19, 2010, KINDE DURKEE caused,

1  without authorization, the deposit of three checks, each for $25,000
2  on the account of Dianne Feinstein for Senate, to be deposited into a
3  Durkee & Associates' bank account.

4      32.  The deposit covered a mortgage payment of $5,500 for Durkee
5  & Associates' office building in Burbank, CA; a payment of $2,555.53
6  to a credit card company; and multiple payments to Durkee &
7  Associates' employees, as well as a payroll company.

8      33.  None of the foregoing transfers from the Dianne Feinstein
9  for Senate account to a Durkee & Associates' bank account were
10 reported on federal disclosure forms for that campaign committee
11 which KINDE DURKEE filed and caused to be filed with the FEC.

12     C.  <u>Committee to Re-elect Loretta Sanchez</u>

13     34.  At all relevant times, Loretta Sanchez was a member of the
14 United States Congress representing the 47th Congressional District of
15 California.

16     35.  At all relevant times, KINDE DURKEE acted as the treasurer
17 of the campaign committee entitled Committee to Re-elect Loretta
18 Sanchez.

19     36.  On approximately March 5, 2010, KINDE DURKEE caused,
20 without authorization, the deposit of a check for $10,000 on the
21 account of the Committee to Re-elect Loretta Sanchez to be deposited
22 into a Durkee & Associates' bank account.

23     37.  The deposit covered a payment of $7,476 to Anthem Blue
24 Cross.

25     38.  The $10,000 transfer from the Committee to Re-elect Loretta
26 Sanchez to a Durkee & Associates' bank account was not reported on
27 federal disclosure forms for that campaign committee which KINDE
28 DURKEE filed and caused to be filed with the FEC.

D.     Feinstein for Senate/Committee to Re-elect Loretta Sanchez

39.    On approximately April 20, 2010, KINDE DURKEE caused, without authorization, the deposit of two checks, each for $15,000, one on the account of Dianne Feinstein for Senate and the other on the account of the Committee to Re-elect Loretta Sanchez, to be deposited into a Durkee & Associates' bank account.

40.    The two deposits covered a number of checks, including ones to Chase Card Services, one to cover the fees for KINDE DURKEE's mother at a senior residential facility, and ones payable to several employees of Durkee & Associates.  The deposits also covered approximately $750 in bank fees for non-sufficient funds checks.

41.    Neither the $15,000 transfer from the Feinstein for Senate campaign committee nor the $15,000 transfer from the Committee to Re-elect Loretta Sanchez to a Durkee & Associates' bank account was reported on federal disclosure forms for those campaign committees which KINDE DURKEE filed and caused to be filed with the FEC.

E.     National Popular Vote

1.     Misappropriation of $100,000

42.    At all relevant times, National Popular Vote (NPV) and National Popular Vote Institute (NPVI) were non-profit organizations whose specific purpose was to study, analyze, and educate the public regarding its proposal to implement a nationwide popular election of the President of the United States.

43.    At all relevant times, KINDE DURKEE was listed in official filings as the Chief Financial Officer of NPV and NPVI.

44.    At all relevant times, KINDE DURKEE maintained records concerning contributions to, and expenditures by, those entities. She also exercised control over funds of NPV and NPVI.

9

45. On approximately April 27, 2010, KINDE DURKEE caused, without authorization, a check for $100,000 on the account of National Popular Vote to be deposited into a Durkee & Associates' bank account.

46. The deposit covered a number of checks, including ones to American Express, several employees of Durkee & Associates, Kaiser Foundation Health Plan, Chase, and nearly $600 in bank fees for non-sufficient funds checks.

2. Misappropriation of $80,000

47. On approximately March 17, 2011, KINDE DURKEE caused, without authorization, two checks on the account of National Popular Vote, one for $65,000 and the other for $15,000, to be deposited into a Durkee & Associates' bank account.

48. The deposit covered the following items:

| Item | Amount | Payee |
|---|---|---|
| Check | $3,000 | Michael D. Antonovich |
| Check | $1,000 | Susan Davis for Congress |
| Check | $1,000 | Foster for Treasurer 2014 |
| Check | $1,000 | Stop LA Oil Tax No on Prop O |
| Check | $25,000 | California Legislative Black Caucus |
| Check | $1,500 | Equality Network |
| Check | $5,000 | California Educational Solutions |
| Check | $3,000 | Center for Civic Participation |
| Check | $3,000 | National Popular Vote |
| Check | $10,000 | Durkee & Associates |

49. Neither KINDE DURKEE nor Durkee & Associates informed NPV or NPVI of these unauthorized withdrawals.

///

F.  Dianne Feinstein, Loretta Sanchez, and Linda Sanchez

50. At all relevant times, Linda Sanchez was a member of the United States Congress representing the 39th Congressional District of California.

51. At all relevant times, KINDE DURKEE acted as the treasurer of the campaign committee entitled Committee to Re-elect Linda Sanchez.

52. On approximately June 10, 2010, KINDE DURKEE caused, without authorization, the deposit of three checks, each for $10,000, one on the account of Dianne Feinstein for Senate, another on the account of the Committee to Re-elect Loretta Sanchez, and a third on the account of the Committee to Re-elect Linda Sanchez, to be deposited into a Durkee & Associates' bank account.

53. The deposit helped to cover a $25,000 payment to American Express, a loan payment of $2,855.72 on KINDE DURKEE's residence in Long Beach, a payment to Kaiser Foundation Health, and nearly $600 in bank fees for non-sufficient funds checks.

54. Neither KINDE DURKEE nor Durkee & Associates reported the $10,000 transfer from the Feinstein for Senate campaign committee, the $10,000 transfer from the Committee to Re-elect Loretta Sanchez, or the $10,000 transfer from the Committee to Re-elect Linda Sanchez to a Durkee & Associates' bank account on any of the federal disclosure forms for those campaign committees which KINDE DURKEE filed and caused to be filed with the FEC.

G.  Lou Correa for State Senate 2010

55. From 1998 to 2004, Lou Correa was a member of the California State Assembly representing Central Orange County.

56. From 2004 to 2006, Lou Correa was a member of the Orange

County Board of Supervisors.

57. From 2006 to the present, Lou Correa was a member of the California State Senate representing the 34th District.

58. At all relevant times, KINDE DURKEE acted as the treasurer of the campaign committees for Lou Correa.

59. On approximately September 29, 2010, KINDE DURKEE caused, without authorization, a cashier's check in the amount of $207,751.39, which was drawn on a certificate of deposit account in the name of Lou Correa for State Senate, to be deposited into a Durkee & Associates' bank account.

60. These funds were subsequently combined with other funds, including a $25,000 deposit from the account of Dianne Feinstein for Senate, to cover the following items:

| Item | Amount | Payee |
| --- | --- | --- |
| Check | $2,000 | Richardson for Congress |
| Check | $2,000 | Richardson for Congress |
| Check | $5,000 | Warner for Congress |
| Check | $30,000 | Committee to Re-elect Linda Sanchez |
| Check | $15,000 | National Popular Vote Institute |
| Check | $72,000 | Susan Davis for Congress |
| Check | $7,000 | National Popular Vote |
| Check | $150,000 | Friends of Steve Pougnet |

61. KINDE DURKEE filed and caused the filing of numerous false campaign disclosure forms (entitled California Form 460s - Recipient Committee Campaign Statement) for Lou Correa for State Senate 2010 with the California Secretary of State. The Ending Cash Balance reported in the forms was vastly higher than what was actually in the campaign account.

1     62. KINDE DURKEE filed and caused the filing of a disclosure form with the California Secretary of State for the Lou Correa for State Senate campaign committee which did not report as required the $207,751.39 transfer from that campaign committee to a Durkee & Associates' bank account. KINDE DURKEE also filed and caused the filing of a disclosure form with the FEC for the Dianne Feinstein for Senate campaign committee which did not report as required the $25,000 transfer from that campaign committee to a Durkee & Associates' bank account.

    H.   Solorio for Assembly 2010

        1.   The Misappropriation of $300,000

    63. From 2006 to the present, Jose Solorio was a member of the California State Assembly representing the 69th District.

    64. At all relevant times, KINDE DURKEE was the treasurer of the campaign committee for Solorio for Assembly 2010.

    65. On approximately October 1, 2010, KINDE DURKEE caused, without authorization, a cashier's check in the amount of $300,000, which was drawn from a money market account in the name of Solorio for Assembly 2010, to be deposited into a Durkee & Associates' bank account.

    66. These funds were subsequently combined with other funds to cover the following items:

| Item | Amount | Payee |
| --- | --- | --- |
| Check | $125,000 | Committee to Re-elect Loretta Sanchez |
| Check | $32,000 | Merchant Account (Durkee & Associates) |
| Check | $21,000 | Durkee & Associates |
| Check | $25,000 | Durkee & Associates |
| Check | $15,000 | Merchant Account (Durkee & Associates) |

13

67. A portion of the $32,000 check to the Merchant Account ultimately covered several checks to Durkee & Associate's employees.

68. A portion of the $25,000 check to Durkee & Associates ultimately covered payments to American Express, one in the amount of $16,854.76 and another in the amount of $679.03. The payments to American Express covered charges from a variety of entities, including: Union 76; Amazon.com (gift cards); Baskin Robbins; Ulta; Turners Outdoorsman; Deckert Surgical; Ariel's Grotto at Disneyland; TIVO, Inc.; Bixby Animal Clinic; and the Aquarium of the Pacific in Long Beach.

2. The Misappropriation of $377,181.24

69. On approximately October 8, 2010, KINDE DURKEE caused, without authorization, a cashier's check in the amount of $377,181.24, which was drawn from a money market account in the name of Solorio for Assembly 2010, to be deposited into a Durkee & Associates' bank account.

70. These funds were subsequently combined with other funds to cover the following items:

| Item | Amount | Payee |
|---|---|---|
| Check | $45,000 | Durkee & Associates |
| Check | $45,000 | Committee to Re-elect Loretta Sanchez |
| Check | $60,000 | Beth Krom for Congress |
| Check | $40,000 | Susan Davis for Congress |
| Check | $25,000 | Merchant Account (Durkee & Associates) |
| Check | $25,000 | Merchant Account (Durkee & Associates) |
| Check | $5,000 | Durkee & Associates |
| Check | $6,000 | Durkee & Associates |
| Check | $5,000 | CAL ACE - LA Efforts |

14

| Check | $20,000 | Durkee & Associates |
| Check | $10,000 | Durkee & Associates |

71. The $45,000 check which was deposited into a Durkee & Associates' bank account was ultimately used to cover fees for KINDE DURKEE's mother at a senior residential facility, and to pay at least three of Durkee & Associate's employees.

72. The two $25,000 checks to the Merchant Account were ultimately used to cover payments for a number of things, including payments to the Democratic Foundation of Orange County - Voter Guide ($13,000) and National Popular Vote ($5,000).

73. The $6,000 check which was deposited into a Durkee & Associates' bank account helped to cover a portion of the mortgage payment of $5,500 for Durkee & Associates' office building in Burbank.

74. The $20,000 check which was deposited into a Durkee & Associates' bank account covered a negative balance in that account and was also used to cover a payment to American Express in the amount of $1,284.59.

75. KINDE DURKEE filed and caused the filing of numerous false campaign disclosure forms (entitled California Form 460s - Recipient Committee Campaign Statement) for the Solorio for Assembly 2010 campaign committee with the California Secretary of State. The Ending Cash Balance reported in the forms was vastly higher than what was actually in the campaign's bank account.

76. KINDE DURKEE filed and caused the filing of a disclosure form with the California Secretary of State for the Solorio for Assembly 2010 campaign committee which did not report as required the

15

$300,000 transfer or the $377,181.24 transfer from that campaign committee to a Durkee & Associates' bank account.

### IV. Summary

77. There were at least 50 victims of this scheme. As a result of the fraudulent scheme described herein, KINDE DURKEE caused a loss exceeding $7 million dollars to her clients.

### V. Mailings

78. On or about the dates set forth below, in the State and Eastern District of California and elsewhere, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud, defendant KINDE DURKEE did knowingly place and cause to be placed in any post office or authorized depository for mail matter for delivery by the United States Postal Service, deposit and cause to be deposited any matter to be sent or delivered by any private or commercial interstate carrier, and cause to be delivered by United States mail or such carrier according to the directions thereon, the mail matter specified below:

| Count | Date | Mail Matter | Delivered To |
|---|---|---|---|
| 1 | 7/19/10 | FEC Form 3 Report of Receipts and Disbursements for Dianne Feinstein for Senate | Senate Office of Public Records 232 Hart Senate Office Building Washington, DC 20510 |
| 2 | 10/6/10 | Form 460 for Lou Correa for State Senate for the period 7-1-10 to 9-30-10 | California Secretary of State Sacramento, CA |
| 3 | 1/31/11 | Form 460 for Lou Correa for State Senate for the period 10-17-10 to 12-31-10 | California Secretary of State Sacramento, CA |
| 4 | 10/21/10 | Form 460 for Solorio for Assembly 2010 for the period 10-1-10 to | California Secretary of State Sacramento, CA |

|   |   |   |   |
|---|---|---|---|
|   |   | 10-16-10 |   |
| 5 | 2/2/11 | Form 460 for Solorio for Assembly 2010 for the period 10-17-10 to 12-31-10 | California Secretary of State Sacramento, CA |

All in violation of Title 18, United States Code, Sections 2 and 1341.

```
                              BENJAMIN B. WAGNER
                              United States Attorney


Date: March 27, 2012         _____
                              By: JOHN K. VINCENT
                              Assistant U.S. Attorney
```

17

PENALTY SLIP

DEFENDANT:   KINDE DURKEE                    2:12 - CR - 123   KJM

COUNTS ONE THROUGH FIVE:
VIOLATION        18 U.S.C. § 1341 - Mail Fraud

PENALTY:         Not more than 20 years imprisonment,
                 Not more than $250,000 fine, or both.
                 3-years term supervised release.

ASSESSMENT:      Mandatory $100 Special Assessment each count.