1  Daniel V. Nixon (SB #132392)
   danielnixon@byrnenixon.com
2  BYRNE & NIXON LLP
   800 West Sixth Street, Suite 430
3  Los Angeles, CA 90017
   Telephone: (213) 620-8003
4  Facsimile: (213) 620-8012

5  Attorneys for Defendant
   KINDE DURKEE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:12-CR-00123-KJM |
| ) | |
| Plaintiff, ) | **ORDER MODIFYING DEFENDANT KINDE DURKEE'S TERMS OF RELEASE TO ALLOW ACCESS TO RECORDS OF DURKEE & ASSOCIATES** |
| vs. ) | |
| KINDE DURKEE, ) | |
| ) | |
| Defendant. ) | Judge: Hon. Kimberly J. Mueller |
| _____ ) | |

1  Pursuant to the Stipulation of the parties and good cause appearing therefore, IT
2  IS HEREBY ORDERED that the terms of Ms. Durkee's release are modified to allow
3  her to access the property located at 1212 South Victory Boulevard, Burbank,
4  California, Los Angeles County, APN: 5625-014-016 to remove all personal
5  possessions and any records, documents or property of Durkee & Associates and its
6  clients.  Ms. Durkee will not destroy any records, documents or property of Durkee &
7  Associates and its clients, and Ms. Durkee will make arrangements to store them
8  pending the final resolution of the Criminal Case.   All other terms and conditions of
9  her release shall remain the same.

**IT IS SO ORDERED.**

Dated:  May 29, 2012.

_____
UNITED STATES DISTRICT JUDGE