BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00123-KJM |
|---|---|
| Plaintiff, | ORDER TO AMEND JUDGMENT |
| v. | |
| KINDE DURKEE, | |
| Defendant. | |

This matter is before the Court on the stipulation of the parties to amend the judgment in the above-captioned case. Having reviewed the stipulation and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED pursuant to Rule 36 of the Federal Rules of Criminal Procedure that the judgment previously imposed in this case is amended so that the amount of restitution due Fund for the Majority is $25,000 instead of $804,926, and the total restitution amount is $9,749,989.76 instead of $10,529,915.76.

IT IS SO ORDERED.

Dated: September 25, 2013.

_____
UNITED STATES DISTRICT JUDGE

Order to Amend Judgment